# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

ASHLEY J. MALIN,

     Plaintiff,

                                           Case No. 5:24-cv-00519-JSM-PRL

v.

COLUMBIA DEBT RECOVERY, LLC
d/b/a GENESIS,

     Defendant.

_____/

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that ASHLEY J. MALIN ("Plaintiff") and COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS ("Defendant") have reached a settlement. The Parties will need 45 days to consummate the settlement and respectfully request that the Court stay all proceedings and strike all pending deadlines.

Dated: January 7, 2025           Respectfully submitted,

                                        */s/ Alexander J. Taylor*
                                        Alexander J. Taylor
                                        *Counsel for Plaintiff*
                                        Admitted in the Middle District of Florida
                                        Sulaiman Law Group, Ltd.
                                        2500 Highland Avenue, Suite 200
                                        Lombard, Illinois 60148
                                        Telephone: (630) 575-8181 Ext 180
                                        Fax: (630) 575-8188
                                        ataylor@sulaimanlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 7 , 2025, a true and correct copy of the above and foregoing was served by email on those parties receiving electronic notice through the Court's CM/ECF system.

*/ s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.